IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel MARC A. LANDSBERG, M.D., and SHARON L. BURKE, | ) ) ) ) | |
| Plaintiffs, | ) ) | **2:03cv1429** **Electronic Filing** |
| v. | ) ) | |
| PETER G. LEVINSON, M.D., LAKE ERIE WOMEN'S CENTER, P.C., PATRICK WILLIAM DIESFELD,M.D.,P.C., 3 DIMENSIONAL IMAGING, INC., SERHAT ERZURUM, M.D., GEORGE H. DENEHY, and DOES I through XX, inclusive, | ) ) ) ) ) ) ) ) | Judge Cercone Magistrate Judge Hay |
| Defendants. | ) | |

##  ORDER

AND NOW, this **29** day of March, 2006, after the plaintiffs/relators, Marc A. Landsberg, M.D. and Sharon L. Burke, filed an action in the above-captioned case, and after a Motion to Dismiss was submitted by defendants, Patrick William Diesfeld, M.D., P.C., and Patrick William Diesfeld, M.D., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendants' Motion to Dismiss [Document No. 23] is DENIED.



DAVID STEWART CERCONE
United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      Andrew M. Stone, Esquire
      Stone & Stone
      437 Grant Street
      828 Frick Building
      Pittsburgh, PA 15219

      Robert L. Eberhardt
      Assistant United States Attorney
      Suite 700 U.S. Post Office & Courthouse
      Pittsburgh, PA 15219

      Greg Pearson, Esquire
      United States Department of Justice
      Civil Division
      Ben Franklin Station
      P.O. Box 261
      Washington, D.C. 20044

      Neal R. Devlin, Esquire
      Richard A. Lanzillo, Esquire
      Knox, McLaughlin, Gornall & Sennett
      120 West Tenth Street
      Erie, PA 16501

      Arthur H. Stroyd, Jr., Esquire
      Reed Smith LLP
      435 Sixth Avenue
      Pittsburgh, PA 15219