IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel MARC A. LANDSBERG, M.D.,<br>and SHARON L. BURKE,<br><br>        Plaintiffs,<br><br>        v.<br><br>PETER G. LEVINSON, M.D.,<br>LAKE ERIE WOMEN'S CENTER, P.C.,<br>PATRICK WILLIAM DIESFELD, M.D., P.C.,<br>3 DIMENSIONAL IMAGING, INC.,<br>SERHAT ERZURUM, M.D.,<br>GEORGE H. DENEHY, and DOES I<br>through XX, inclusive,<br><br>        Defendants. | **2:03cv1429**<br>**Electronic Filing**<br><br>Judge Cercone<br>Magistrate Judge Hay |

## ORDER

AND NOW, this **29** day of **March**, 2006, after the plaintiffs/relators, Marc A. Landsberg, M.D. and Sharon L. Burke, filed an action in the above-captioned case, and after a Motion to Dismiss, or alternatively, for More Specific Pleading, was submitted by defendants, Peter G. Levinson, M.D. and Lake Erie Women's Center, P.C., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by defendants and the response thereto filed by the plaintiffs/relators, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendants' Motion to Dismiss, or alternatively, for More Specific Pleading [Document No. 11] is DENIED.



DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Andrew M. Stone, Esquire
Stone & Stone
437 Grant Street
828 Frick Building
Pittsburgh, PA 15219

Robert L. Eberhardt
Assistant United States Attorney
Suite 700 U.S. Post Office & Courthouse
Pittsburgh, PA 15219

Greg Pearson, Esquire
United States Department of Justice
Civil Division
Ben Franklin Station
P.O. Box 261
Washington, D.C. 20044

Neal R. Devlin, Esquire
Richard A. Lanzillo, Esquire
Knox, McLaughlin, Gornall & Sennett
120 West Tenth Street
Erie, PA 16501

Arthur H. Stroyd, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219